In the Matter of the Judicial Settlement of the Accounts of HENRY R. GORDON, as Administrator with the Will Annexed.

(Argued March 2, 1892; decided March 22, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made May 12, 1891, which affirmed a decree of the surrogate of the county of Kings settling and allowing the accounts of the petitioner.

*Joshua M. Van Cott* for appellant.

*Samuel H. Arnold* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.